| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| GUANGZHOU CHAOYAN TECHNOLOGY CO., LTD., a China limited liability company, | CASE NO. 25-cv-02635 |
|---|---|
| Plaintiff, | **CORPORATE DISCLOSURE STATEMENT** |
| v. | |
| ANKER INNOVATIONS LIMITED, a Hong Kong limited liability company. | |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Civil Rule 7.1, plaintiff Guangzhou Chaoyan Technology Co., Ltd., a Chinese company, hereby states that it has no parent corporation and that no publicly held company owns 10% or more of its stock.

///

///

///

///

///

///

CORPORATE DISCLOSURE STATEMENT – 1
(Case No. 25-cv-02635)

**POTOMAC LAW GROUP, PLLC**
1448 NW Market Street, Suite 500
Seattle, Washington 98107
Tel: (202) 558-5557  Fax: (202) 318-7707

| | |
|---|---|
| 1 | Dated: December 22, 2025. |
| 2 | **POTOMAC LAW GROUP, PLLC** |

By: */s/ William D. Fisher*
    William D. Fisher, WSBA No. 27475
    1448 NW Market Street, Suite 500
    Seattle, WA 98107
    Phone: (202) 558-5557
    Email: wfisher@potomaclaw.com

    Elissa B. Reese (*pro hac vice forthcoming*)
    1717 Pennsylvania Avenue, NW
    Suite 1025
    Washington, DC 20006
    Phone: (202) 558-5557
    Email: ereese@potomaclaw.com

**YOUNGZEAL LLP**

Tianqin Zhao (*pro hac vice forthcoming*)
9355 John W. Elliott Dr., Suite 25555
Frisco, Texas 75033
Phone: (585) 748-3732
Email: zhao@yzlaw.com

**ANJIE BROAD LAW FIRM**

Fan Liang (*pro hac vice forthcoming*)
Zhiyu Liang (*pro hac vice forthcoming*)
14th Floor, North Tower, Beijing Kerry Centre
No. 1 Guanghua Road
Chaoyang District, Beijing 100020, China
Phone: +86 (10) 8567-5988
Email: alex_liang@anjielaw.com
       liangzhiyu@anjielaw.com

*Attorneys for Plaintiff Guangzhou Chaoyan Technology Co., Ltd.*

CORPORATE DISCLOSURE STATEMENT – 2
(Case No. 25-cv-02635)

POTOMAC LAW GROUP, PLLC
1448 NW Market Street, Suite 500
Seattle, Washington 98107
Tel: (202) 558-5557  Fax: (202) 318-7707