THE HONORABLE S. KATE VAUGHAN

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| GUANGZHOU CHAOYAN TECHNOLOGY CO., LTD., a China limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>ANKER INNOVATIONS LIMITED, a Hong Kong limited liability company. | CASE NO. 25-cv-02635-SKV<br><br>**NOTICE OF CHANGE OF ADDRESS** |

TO: Court Clerk, Court Staff, and all Parties

Please take notice of the following change of business/mailing address for the undersigned counsel:

> William D. Fisher
> Potomac Law Group, PLLC
> 1448 NW Market Street, Suite 500
> Seattle, WA 98107

///

///

///

///

NOTICE OF CHANGE OF ADDRESS – 1
(Case No. 25-cv-02635-SKV)

POTOMAC LAW GROUP, PLLC
1448 NW Market Street, Suite 500
Seattle, Washington 98107
Tel: (202) 558-5557  Fax: (202) 318-7707

Dated: December 23, 2025.

**POTOMAC LAW GROUP, PLLC**

By: */s/ William D. Fisher*
    William D. Fisher, WSBA No. 27475
    1448 NW Market Street, Suite 500
    Seattle, WA 98107
    Phone: (206) 599-8888
    Email: wfisher@potomaclaw.com

*Attorneys for Plaintiff Guangzhou Chaoyan Technology Co., Ltd.*

NOTICE OF CHANGE OF ADDRESS – 2
(Case No. 25-cv-02635-SKV)

POTOMAC LAW GROUP, PLLC
1448 NW Market Street, Suite 500
Seattle, Washington 98107
Tel: (202) 558-5557  Fax: (202) 318-7707