UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| Guangzhou Chaoyan Technology Co., Ltd.,<br><br>*Plaintiff*,<br><br>v.<br><br>Anker Innovations Limited,<br><br>*Defendant*. | Case No.: 2:25-cv-02635-RSM<br><br>**STIPULATED MOTION FOR EXTENSION OF TIME TO FILE NOTICE OF INTENT TO OPPOSE MOTION FOR TRO AND [PROPOSED] ORDER**<br><br>NOTE ON MOTION CALENDAR:<br>December 29, 2025 |

Pursuant to Local Rules 7(d)(1) and 10(g), the parties, by and through their attorneys of record, hereby stipulate to, and respectfully request that the Court enter, the proposed order set forth below extending the deadline for defendant Anker Innovations Limited to file its notice of intent to oppose plaintiff Guangzhou Chaoyan Technology Co., Ltd.'s Motion for Entry of Temporary Restraining Order ("Motion for TRO," Dkt. # 7) to and including December 29, 2025, thus allowing time for Anker to retain local counsel and file the notice.

Defendant's counsel has indicated to Plaintiff's counsel that Anker may file a motion for an extension of time to file its opposition to the Motion for TRO. The parties will meet and

confer on December 29, 2025 in an attempt to reach agreement on any such motion for

extension.

IT IS SO STIPULATED.

Dated: December 28, 2025.

**POTOMAC LAW GROUP, PLLC**


By: */s/ William D. Fisher*
     William D. Fisher, WSBA No. 27475
     1448 NW Market Street, Suite 500
     Seattle, WA 98107
     Phone: (206) 599-8888
     Email: wfisher@potomaclaw.com

     Elissa B. Reese (*pro hac vice forthcoming*)
     1717 Pennsylvania Avenue, NW
     Suite 1025
     Washington, DC 20006
     Phone: (202) 558-5557
     Email: ereese@potomaclaw.com

**YOUNGZEAL LLP**

Tianqin Zhao (*pro hac vice forthcoming*)
9355 John W. Elliott Dr., Suite 25555
Frisco, Texas 75033
Phone: (585) 748-3732
Email: zhao@yzlaw.com

**ANJIE BROAD LAW FIRM**

Fan Liang (*pro hac vice forthcoming*)
Zhiyu Liang (*pro hac vice forthcoming*)
14th Floor, North Tower, Beijing Kerry Centre
No. 1 Guanghua Road
Chaoyang District, Beijing 100020, China
Phone: +86 (10) 8567-5988
Email: alex_liang@anjielaw.com
     liangzhiyu@anjielaw.com

*Attorneys for Plaintiff Guangzhou Chaoyan
Technology Co., Ltd.*

STIPULATED MOTION AND [PROPOSED] ORDER – 2
(Case No. 2:25-cv-02635-RSM)

1    and

2

3    **LIPPES MATHIAS LLP**

4    By: */s/ Joshua R. Rich*
         Joshua R. Rich (*pro hac vice forthcoming*)
5        332 S. Michigan Ave., Suite 900
         Chicago, IL 60604
6        Phone: (872) 254-5500
         Email: jrich@lippes.com
7
         Celeste M. Butera (*pro hac vice forthcoming*)
8        445 Broadhollow Road, Suite 420
         Melville, New York 11747
9        Phone: (516) 820-1500
         Email: cbutera@lippes.com
10
         Anna Antonova (*pro hac vice forthcoming*)
11       420 Lexington Avenue, Suite 2005
         New York, New York 10170
12       Phone: (332) 345-4500
         Email: aantonova@lippes.com
13
         *Attorneys for Defendant Anker Innovations*
14       *Limited*

15

16

17

18

19

20

21

22

23

24

STIPULATED MOTION AND [PROPOSED] ORDER – 3
(Case No. 2:25-cv-02635-RSM)

**[PROPOSED] ORDER**

IT IS SO ORDERED.

DATED this _____ day of December, 2025

_____
RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

*Presented by:*

**POTOMAC LAW GROUP, PLLC**

By: */s/ William D. Fisher*
     William D. Fisher, WSBA No. 27475
     1448 NW Market Street, Suite 500
     Seattle, WA 98107
     Phone: (206) 599-8888
     Email: wfisher@potomaclaw.com

     Elissa B. Reese (*pro hac vice forthcoming*)
     1717 Pennsylvania Avenue, NW
     Suite 1025
     Washington, DC 20006
     Phone: (202) 558-5557
     Email: ereese@potomaclaw.com

**YOUNGZEAL LLP**

Tianqin Zhao (*pro hac vice forthcoming*)
9355 John W. Elliott Dr., Suite 25555
Frisco, Texas 75033
Phone: (585) 748-3732
Email: zhao@yzlaw.com

**ANJIE BROAD LAW FIRM**

Fan Liang (*pro hac vice forthcoming*)
Zhiyu Liang (*pro hac vice forthcoming*)

STIPULATED MOTION AND [PROPOSED] ORDER – 4
(Case No. 2:25-cv-02635-RSM)

1 | 14th Floor, North Tower, Beijing Kerry Centre
No. 1 Guanghua Road
2 | Chaoyang District, Beijing 100020, China
Phone: +86 (10) 8567-5988
3 | Email: alex_liang@anjielaw.com
        liangzhiyu@anjielaw.com

4 |
*Attorneys for Plaintiff Guangzhou Chaoyan*
5 | *Technology Co., Ltd.*

6 | and

7 | **LIPPES MATHIAS LLP**

8 | By: /s/ Joshua R. Rich
        Joshua R. Rich (*pro hac vice forthcoming*)
9 |     332 S. Michigan Ave., Suite 900
        Chicago, IL 60604
10 |    Phone: (872) 254-5500
        Email: jrich@lippes.com
11 |
        Celeste M. Butera (*pro hac vice forthcoming*)
12 |    445 Broadhollow Road, Suite 420
        Melville, NY 11747
13 |    Phone: (516) 820-1500
        Email: cbutera@lippes.com
14 |
        Anna Antonova (*pro hac vice forthcoming*)
15 |    420 Lexington Avenue, Suite 2005
        New York, NY 10170
16 |    Phone: (332) 345-4500
        Email: aantonova@lippes.com
17 |
*Attorneys for Defendant Anker Innovations*
18 | *Limited*

19 |

20 |

21 |

22 |

23 |

24 |

STIPULATED MOTION AND [PROPOSED] ORDER – 5
(Case No. 2:25-cv-02635-RSM)

# CERTIFICATE OF SERVICE

I hereby certify that on December 28, 2025, I sent a copy of the foregoing

STIPULATED MOTION FOR EXTENSION OF TIME TO FILE NOTICE OF INTENT TO

OPPOSE MOTION FOR TRO AND [PROPOSED] ORDER to counsel for Defendant as

follows:

*Via Email*

Joshua R. Rich
332 S. Michigan Ave., Suite 900
Chicago, IL 60604
Phone: (872) 254-5500
Email: jrich@lippes.com

Celeste M. Butera
445 Broadhollow Road, Suite 420
Melville, NY 11747
Phone: (516) 820-1500
Email: cbutera@lippes.com

Anna Antonova
420 Lexington Avenue, Suite 2005
New York, NY 10170
Phone: (332) 345-4500
Email: aantonova@lippes.com


Dated: December 28, 2025.

By: */s/ William D. Fisher*
    William D. Fisher, WSBA No. 27475
    Potomac Law Group, PLLC
    1448 NW Market Street, Suite 500
    Seattle, WA 98107
    Phone: (206) 599-8888
    Email: wfisher@potomaclaw.com

**POTOMAC LAW GROUP, PLLC**
1448 NW Market Street, Suite 500
Seattle, Washington 98107
Tel: (202) 558-5557  Fax: (202) 318-7707