**Honorable Ricado S. Martinez**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GUANGZHOU CHAOYAN TECHNOLOGY CO., LTD., a China Limited Liability Company,<br><br>Plaintiff,<br><br>vs.<br><br>ANKER INNOVATIONS LIMITED, a Hong Kong Limited Liability Company,<br><br>Defendant. | No. 2:25-cv-02635-RSM<br><br>**NOTICE OF DEFENDANT ANKER INNOVATIONS LIMITED'S INTENT TO OPPOSE PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER** |

Pursuant to LCR 65(b)(5), Defendant Anker Innovations Limited ("Defendant") hereby gives notice of its intent to oppose Plaintiff's Motion for Temporary Restraining Order (Dkt No. 7) ("Motion"), subject to and reserving any and all personal jurisdiction, venue and improper service defenses.

Dated this 29th day of December, 2025.

*s/ Ryan J. Hesselgesser*
Ryan J. Hesselgesser, WSBA #40720
Forsberg & Umlauf, P.S.
401 Union St., Suite 1400
Seattle, WA 98101
Phone: (206) 689-8500
rhesselgesser@foum.law
*Attorneys for Defendant Anker Innovations Limited*

Notice of Defendant Anker Innovations Limited's Intent to Oppose Plaintiff's Motion for Temporary Restraining Order – 1
Case No.: 2:25-cv-02635-RSM

**FORSBERG & UMLAUF, P.S.**
ATTORNEYS AT LAW
401 UNION STREET • SUITE 1400
SEATTLE, WASHINGTON 98101
(206) 689-8500 • (206) 689-8501 FAX

4903-9503-1685, v. 1

Joshua R. Rich (*pro hac vice forthcoming*)
Lippes Mathias LLP
332 S. Michigan Ave., 9th Floor
Chicago, IL  60604
Phone:  (872) 254-5500
jrich@lippes.com

Celeste M. Butera (*pro hac vice forthcoming*)
Lippes Mathias LLP
445 Broadhollow Rd., Suite 420
Melville, NY  11747
Phone:  (516) 820-1500
cbutera@lippes.com

Anna Antonova (*pro hac vice forthcoming*)
Lippes Mathias LLP
420 Lexington Ave., Suite 2005
New York, NY  10170
Phone:  (332) 345-4500
aantonova@lippes.com

Notice of Defendant Anker Innovations Limited's Intent to
Oppose Plaintiff's Motion for Temporary Restraining Order – 2
Case No.:  2:25-cv-02635-RSM

**FORSBERG & UMLAUF, P.S.**
ATTORNEYS AT LAW
401 UNION STREET • SUITE 1400
SEATTLE, WASHINGTON  98101
(206) 689-8500 • (206) 689-8501 FAX

4903-9503-1685, v. 1