**Honorable Ricado S. Martinez**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GUANGZHOU CHAOYAN TECHNOLOGY CO., LTD., a China Limited Liability Company,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>ANKER INNOVATIONS LIMITED, a Hong Kong Limited Liability Company,<br><br>　　　　　Defendant. | No. 2:25-cv-02635-RSM<br><br>**NOTICE OF APPEARANCE ON BEHALF OF DEFENDANT**<br><br>**(CLERK'S ACTION REQUIRED)** |

TO:　　　　The Clerk of the Court

AND TO:　　Plaintiff's Counsel of Record

　　Defendant Anker Innovations Limited, without waiving any objection as to improper jurisdiction, venue or service of process, enters its appearance in the above-entitled action through Forsberg & Umlauf, P.S., its attorneys of record, and request that all further pleadings and papers except original process, be served upon said attorneys at the address below.

//

//

//

Notice of Appearance on Behalf of Defendant – 1
Case No.: 2:25-cv-02635-RSM

**FORSBERG & UMLAUF, P.S.**
ATTORNEYS AT LAW
401 UNION STREET • SUITE 1400
SEATTLE, WASHINGTON 98101
(206) 689-8500 • (206) 689-8501 FAX

4920-2956-6085, v. 1

Dated this 29th day of December, 2025.

        *s/ Ryan J. Hesselgesser*
        Ryan J. Hesselgesser, WSBA #40720
        Forsberg & Umlauf, P.S.
        401 Union St., Suite 1400
        Seattle, WA  98101
        Phone:  (206) 689-8500
        rhesselgesser@foum.law
        *Attorneys for Defendant Anker Innovations Limited*

Joshua R. Rich (*pro hac vice forthcoming*)
Lippes Mathias LLP
332 S. Michigan Ave., 9th Floor
Chicago, IL  60604
Phone:  (872) 254-5500
jrich@lippes.com

Celeste M. Butera (*pro hac vice forthcoming*)
Lippes Mathias LLP
445 Broadhollow Rd., Suite 420
Melville, NY  11747
Phone:  (516) 820-1500
cbutera@lippes.com

Anna Antonova (*pro hac vice forthcoming*)
Lippes Mathias LLP
420 Lexington Ave., Suite 2005
New York, NY  10170
Phone:  (332) 345-4500
aantonova@lippes.com

Notice of Appearance on Behalf of Defendant – 2
Case No.:  2:25-cv-02635-RSM

**FORSBERG & UMLAUF, P.S.**
ATTORNEYS AT LAW
401 UNION STREET • SUITE 1400
SEATTLE, WASHINGTON  98101
(206) 689-8500 • (206) 689-8501 FAX

4920-2956-6085, v. 1