THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| Guangzhou Chaoyan Technology Co., Ltd., *Plaintiff*, v. Anker Innovations Limited, *Defendant*. | Case No.: 2:25-cv-02635-RSM **STIPULATED MOTION FOR EXTENSION OF TIME TO FILE OPPOSITION TO MOTION FOR TRO AND [PROPOSED] ORDER** NOTE ON MOTION CALENDAR: December 29, 2025 |

Pursuant to Local Rules 7(d)(1) and 10(g), the parties, by and through their attorneys of record, hereby stipulate to, and respectfully request that the Court enter, the proposed order set forth below extending the deadline for defendant Anker Innovations Limited to file its opposition to plaintiff Guangzhou Chaoyan Technology Co., Ltd.'s Motion for Entry of Temporary Restraining Order ("Motion for TRO," Dkt. # 7) to and including December 31, 2025. The parties request that the Court's prior order, Dkt #12, requiring a response to the Motion for TRO to be filed by noon on December 30, 2025 be extended to December 31, 2025 in light of the difficulties raised by the holiday season, including communications with foreign clients.

STIPULATED MOTION AND [PROPOSED] ORDER – 1
(Case No. 2:25-cv-02635-RSM)

4937-4988-9669, v. 1

**POTOMAC LAW GROUP, PLLC**
1448 NW Market Street, Suite 500
Seattle, Washington 98107
Tel: (202) 558-5557  Fax: (202) 318-7707

1    IT IS SO STIPULATED.

2    Dated: December 29, 2025.

3                                POTOMAC LAW GROUP, PLLC

4                                *s/ William D. Fisher*
                                William D. Fisher, WSBA No. 27475
5                                1448 N.W. Market St., Suite 500
                                Seattle, WA  98107
6                                Phone:  (206) 599-8888
                                Email:  wfisher@potomaclaw.com
7
                                Elissa B. Reese (*pro hac vice forthcoming*)
8                                1717 Pennsylvania Ave. N.W., Suite 1025
                                Washington, DC  20006
9                                Phone:  (202) 558-5557
                                Email:  ereese@potomaclaw.com
10
                                YOUNGZEAL LLP
11
                                Tianqin Zhao (*pro hac vice forthcoming*)
12                                9355 John W. Elliott Dr., Suite 25555
                                Frisco, TX  75033
13                                Phone:  (585) 748-3722
                                Email:  zhao@yzlaw.com
14
                                ANJIE BROAD LAW FIRM
15
                                Fan Liang (*pro hac vice forthcoming*)
16                                Zhiyu Liang (*pro hac vice forthcoming*)
                                14th Floor, North Tower, Beijing Kerry Centre
17                                No. 1 Guanghua Road
                                Chaoyang District, Beijing 100020, China
18                                Phone: +86 (10) 8567-5988
                                Email:  alex_liang@anjielaw.com
19                                          liangzhiyu@anjielaw.com

20                                *Attorneys for Plaintiff Guangzhou Chaoyan*
                                *Technology Co., Ltd.*
21
                                and
22

23

24

POTOMAC LAW GROUP, PLLC
1448 NW Market Street, Suite 500
Seattle, Washington 98107
Tel: (202) 558-5557  Fax: (202) 318-7707

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

**FORSBERG & UMLAUF, P.S.**

*s/ Ryan J. Hesselgesser*
Ryan J. Hesselgesser, WSBA #40720
401 Union St., Suite 1400
Seattle, WA  98101
Phone:  (206) 689-8500
Email:  rhesselgesser@foum.law
*Attorneys for Defendant Anker Innovations*
*Limited*

**LIPPES MATHIAS LLP**

Joshua R. Rich (*pro hac vice forthcoming*)
332 S. Michigan Ave., Suite 900
Chicago, IL  60604
Phone:  (872) 254-5500
Email:  jrich@lippes.com

Celeste M. Butera (*pro hac vice forthcoming*)
445 Broadhollow Road, Suite 420
Melville, NY  11747
Phone: (516) 820-1500
Email: cbutera@lippes.com

Anna Antonova (*pro hac vice forthcoming*)
420 Lexington Avenue, Suite 2005
New York, NY  0170
Phone:  (332) 345-4500
Email:  aantonova@lippes.com

STIPULATED MOTION AND [PROPOSED] ORDER – 3
(Case No. 2:25-cv-02635-RSM)

4937-4988-9669, v. 1

**[PROPOSED] ORDER**

IT IS SO ORDERED.

DATED this _____ day of December, 2025

_____
RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

*Presented by:*

**POTOMAC LAW GROUP, PLLC**

*s/ William D. Fisher*
_____
William D. Fisher, WSBA No. 27475
1448 N.W. Market St., Suite 500
Seattle, WA  98107
Phone:  (206) 599-8888
Email: wfisher@potomaclaw.com

Elissa B. Reese (*pro hac vice forthcoming*)
1717 Pennsylvania Ave. N.W., Suite 1025
Washington, DC 20006
Phone:  (202) 558-5557
Email:  ereese@potomaclaw.com

**YOUNGZEAL LLP**

Tianqin Zhao (*pro hac vice forthcoming*)
9355 John W. Elliott Dr., Suite 25555
Frisco, TX  75033
Phone:  (585) 748-3732
Email:  zhao@yzlaw.com

**ANJIE BROAD LAW FIRM**

Fan Liang (*pro hac vice forthcoming*)
Zhiyu Liang (*pro hac vice forthcoming*)
14th Floor, North Tower, Beijing Kerry Centre
No. 1 Guanghua Road
Chaoyang District, Beijing 100020, China
Phone: +86 (10) 8567-5988
Email:  alex_liang@anjielaw.com

STIPULATED MOTION AND [PROPOSED] ORDER – 4
(Case No. 2:25-cv-02635-RSM)

4937-4988-9669, v. 1

1       liangzhiyu@anjielaw.com

2   *Attorneys for Plaintiff Guangzhou Chaoyan Technology Co., Ltd.*

3   and

4   **FORSBERG & UMLAUF, P.S.**

5   *s/ Ryan J. Hesselgesser*
                                          

6   Ryan J. Hesselgesser, WSBA #40720
    401 Union St., Suite 1400

7   Seattle, WA  98101
    Phone:  (206) 689-8500

8   Email:  rhesselgesser@foum.law

9   **LIPPES MATHIAS LLP**

10  Joshua R. Rich (*pro hac vice forthcoming*)
    332 S. Michigan Ave., Suite 900

11  Chicago, IL 60604
    Phone: (872) 254-5500

12  Email: jrich@lippes.com

13  Celeste M. Butera (*pro hac vice forthcoming*)
    445 Broadhollow Road, Suite 420

14  Melville, NY  11747
    Phone: (516) 820-1500

15  Email: cbutera@lippes.com

16  Anna Antonova (*pro hac vice forthcoming*)
    420 Lexington Avenue, Suite 2005

17  New York, NY  10170
    Phone: (332) 345-4500

18  Email: aantonova@lippes.com
    *Attorneys for Defendant Anker Innovations*

19  *Limited*

20

21

22

23

24

STIPULATED MOTION AND [PROPOSED] ORDER – 5
(Case No. 2:25-cv-02635-RSM)

4937-4988-9669, v. 1

**POTOMAC LAW GROUP, PLLC**
1448 NW Market Street, Suite 500
Seattle, Washington 98107
Tel: (202) 558-5557  Fax: (202) 318-7707