UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| Guangzhou Chaoyan Technology Co., Ltd., <br><br> *Plaintiff*, <br><br> v. <br><br> Anker Innovations Limited, <br><br> *Defendant*. | Case No.: 2:25-cv-02635-RSM <br><br> **STIPULATED MOTION FOR EXTENSION OF TIME TO FILE OPPOSITION TO MOTION FOR TRO AND ORDER** |

Pursuant to Local Rules 7(d)(1) and 10(g), the parties, by and through their attorneys of record, hereby stipulate to, and respectfully request that the Court enter, the proposed order set forth below extending the deadline for defendant Anker Innovations Limited to file its opposition to plaintiff Guangzhou Chaoyan Technology Co., Ltd.'s Motion for Entry of Temporary Restraining Order ("Motion for TRO," Dkt. # 7) to and including December 31, 2025. The parties request that the Court's prior order, Dkt #12, requiring a response to the Motion for TRO to be filed by noon on December 30, 2025 be extended to December 31, 2025 in light of the difficulties raised by the holiday season, including communications with foreign clients.

IT IS SO STIPULATED.

Dated: December 29, 2025.

**POTOMAC LAW GROUP, PLLC**

*s/ William D. Fisher*
William D. Fisher, WSBA No. 27475
1448 N.W. Market St., Suite 500
Seattle, WA  98107
Phone:  (206) 599-8888
Email:  wfisher@potomaclaw.com

Elissa B. Reese (*pro hac vice forthcoming*)
1717 Pennsylvania Ave. N.W., Suite 1025
Washington, DC  20006
Phone:  (202) 558-5557
Email:  ereese@potomaclaw.com

**YOUNGZEAL LLP**

Tianqin Zhao (*pro hac vice forthcoming*)
9355 John W. Elliott Dr., Suite 25555
Frisco, TX  75033
Phone:  (585) 748-3732
Email:  zhao@yzlaw.com

**ANJIE BROAD LAW FIRM**

Fan Liang (*pro hac vice forthcoming*)
Zhiyu Liang (*pro hac vice forthcoming*)
14th Floor, North Tower, Beijing Kerry Centre
No. 1 Guanghua Road
Chaoyang District, Beijing 100020, China
Phone: +86 (10) 8567-5988
Email:  alex_liang@anjielaw.com
        liangzhiyu@anjielaw.com

*Attorneys for Plaintiff Guangzhou Chaoyan Technology Co., Ltd.*

and

STIPULATED MOTION AND ORDER – 2
(Case No. 2:25-cv-02635-RSM)

|   |   |
|---|---|
| 1 | **FORSBERG & UMLAUF, P.S.** |
| 2 | *s/ Ryan J. Hesselgesser* |
| 3 | Ryan J. Hesselgesser, WSBA #40720<br>401 Union St., Suite 1400<br>Seattle, WA  98101 |
| 4 | Phone:  (206) 689-8500<br>Email:  rhesselgesser@foum.law |
| 5 | *Attorneys for Defendant Anker Innovations Limited* |
| 6 |   |
| 7 | **LIPPES MATHIAS LLP** |
| 8 | Joshua R. Rich (*pro hac vice forthcoming*)<br>332 S. Michigan Ave., Suite 900<br>Chicago, IL  60604 |
| 9 | Phone:  (872) 254-5500<br>Email:  jrich@lippes.com |
| 10 |   |
| 11 | Celeste M. Butera (*pro hac vice forthcoming*)<br>445 Broadhollow Road, Suite 420<br>Melville, NY  11747 |
| 12 | Phone: (516) 820-1500<br>Email: cbutera@lippes.com |
| 13 |   |
| 14 | Anna Antonova (*pro hac vice forthcoming*)<br>420 Lexington Avenue, Suite 2005<br>New York, NY  0170 |
| 15 | Phone:  (332) 345-4500<br>Email:  aantonova@lippes.com |

STIPULATED MOTION AND ORDER – 3
(Case No. 2:25-cv-02635-RSM)

**ORDER**

IT IS SO ORDERED.

DATED this 29th day of December, 2025.

_____
RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

STIPULATED MOTION AND ORDER – 4
(Case No. 2:25-cv-02635-RSM)