**Honorable Ricado S. Martinez**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GUANGZHOU CHAOYAN TECHNOLOGY CO., LTD., a China Limited Liability Company,<br><br>Plaintiff,<br><br>vs.<br><br>ANKER INNOVATIONS LIMITED, a Hong Kong Limited Liability Company,<br><br>Defendant. | No. 2:25-cv-02635-RSM<br><br>**DECLARATION OF ANNA ANTONOVA** |

1. My name is Anna Antonova and I am an attorney at Lippes Mathias LLP. I have personal knowledge of the facts set forth in this declaration and, if called as a witness, could and would testify competently thereto.

2. I make this declaration in opposition to the Plaintiff's Motion for Entry of Temporary Restraining Order.

3. A search of the trademark search database of the U.S. Patent and Trademark Office ("USPTO"), available at https://tmsearch.uspto.gov/search/search-information, for U.S. Registration No.7,902,551 reveals that the registration (for the mark HOMEBASE) was issued to Anker Innovations Limited ("Anker") on August 19, 2025. A true and correct copy of the registration certificate is attached as **Exhibit A**. The registration certificate states that the first

Declaration of Anna Antonova – 1
Case No.: 2:25-cv-02635-RSM

**FORSBERG & UMLAUF, P.S.**
ATTORNEYS AT LAW
401 UNION STREET • SUITE 1400
SEATTLE, WASHINGTON 98101
(206) 689-8500 • (206) 689-8501 FAX

use of the HOMEBASE trademark, both anywhere and in commerce, was as early as February 2019.

4. A search of the USPTO trademark search database for U.S. Registration No. 7,173,211 reveals that the registration (for the mark AOSU) was issued to Beijing Seven Talents Technology Co., Ltd. ("Beijing Seven Talents") on September 26, 2023. A true and correct copy of the registration certificate is attached as **Exhibit B**. The registration certificate states that the first use of the AOSU trademark, both anywhere and in commerce, was on February 9, 2022.

5. The same search reveals that Beijing Seven Talents applied for the trademark registration on the AOSU mark on June 20, 2022. A true and correct copy of the application filed by Beijing Seven Talents is attached as **Exhibit C**. The application asserts that the first use of the AOSU trademark, both anywhere and in commerce, was on February 9, 2022. It also attaches specimens that Beijing Seven Talents asserts are of its own use, including listings on Amazon.com for wireless doorbell cameras. I note that some of these products appear to be the same as products identified as Accused Products in Exhibit 3 to the Declaration of Pan Shihang. Dkt. # 8, 8-3, including the "Wireless Doorbell Camera, aosu Battery-Powered Video Doorbell, 2K Resolution" and "Doorbell Camera Wireless, aosu 5MP Ultra HD."

6. A search of the USPTO trademark search database for the mark "AOSU" reveals that there are other pending applications filed by companies including Beijing Seven Talents, Glazero International, Inc. and AOSU LIFE INC. However, there are no other pending applications identified from the search for the mark "AOSU" that identify Guangzhou Chaoyan Technology Co., Ltd. as the applicant.

7. A search of the USPTO trademark search database for "Guangzhao Chaoyan" as the owner of any registration or application indicates that there are "No results found." This

Declaration of Anna Antonova – 2
Case No.: 2:25-cv-02635-RSM

FORSBERG & UMLAUF, P.S.
ATTORNEYS AT LAW
401 UNION STREET • SUITE 1400
SEATTLE, WASHINGTON 98101
(206) 689-8500 • (206) 689-8501 FAX

suggests that Guangzhou Chaoyan Technology Co., Ltd. has not sought (and not obtained) any trademark rights from the USPTO.

8. On December 12, 2025, I purchased the product from the listing titled "AOSU Security Cameras Outdoor Wireless, 4-Cam-Kit, 166° Ultra-Wide-Angle, Battery Powered, No Subscription, Home Security Cameras System with 2K Color Night Vision, Spotlight, Easy Setup, Motion Alert" associated with seller account "AOSU Official Store" on the Amazon marketplace. I completed the purchase using a payment method under my control with a shipping address to New York, New York. The platform issued an order summary. A true and correct copy of the order summary with my address partially redacted is attached as **Exhibit D**.

9. On December 14, 2025, the product was delivered to me and I kept it personally under my control until I photographed the packaging and the connection hub component from multiple angles.

10. I searched for AOSU items bearing the HOMEBASE mark on other e-commerce sites including Target, Walmart, BestBuy, Home Depot, B&H Photo, Tractor Supply and Micro Center.

11. A paralegal working under my supervision captured screenshots of search results for the "aosu" search term and individual listings that included the infringing mark. The screenshots were captured on the dates reflect on the true and correct copies of representative screenshots attached as **Exhibit E**.

12. I searched the internet for "AT&T Homebase" and found a webpage regarding an ATT Wireless product called the Home Base (Z700/Z700A) at https://www.att.com/device-support/article/wireless/KM1278300/ATT/HomeBaseZ700A. The product is a cellular device that allows traditional landline phones or WiFi-connected devices to be used on the ATT

Declaration of Anna Antonova – 3
Case No.: 2:25-cv-02635-RSM

**FORSBERG & UMLAUF, P.S.**
ATTORNEYS AT LAW
401 UNION STREET • SUITE 1400
SEATTLE, WASHINGTON 98101
(206) 689-8500 • (206) 689-8501 FAX

Wireless cellular network for the purpose of voice communications. According to the website, it is not compatible with home security systems. A true and correct copy of the webpage is attached as **Exhibit F**.

13. I searched the internet for "T-Mobile Homebase" and found a webpage regarding a T-Mobile product called the FamilyMode Home Base at: https://www.t-mobile.com/support/tutorials/device/app/ios/topic/t-mobile-familymode/familymode-home-base. According to the webpage, "[t]he FamilyMode Home Base allows you to manage content on your child's devices through your WiFi connection." A true and correct copy of a screen capture of the webpage is attached as **Exhibit G**.

14. I consulted standard dictionaries including Vocabulary.com, Merriam-Webster, Britannica Dictionary, and Cambridge English Dictionary for the ordinary meaning of "home base" and found the following definitions. True and correct copies of screenshots are attached as **Exhibit H**.

- https://www.vocabulary.com/dictionary/home%20base
- https://www.merriam-webster.com/dictionary/home%20base
- https://www.britannica.com/dictionary/home-base
- https://dictionary.cambridge.org/us/dictionary/english/home-base

15. I navigated to the letter "H" pages of online dictionaries or glossaries of technology terms, including the National Institute of Standards and Technology's Computer Security Resource Center, PCMag, TechTarget, TechTerms and the Computer Dictionary of Information Technology, for any potential meaning of "homebase" or "home base" related to technology. No entries were found in these dictionaries and glossaries at the links listed below.

Declaration of Anna Antonova – 4
Case No.: 2:25-cv-02635-RSM

FORSBERG & UMLAUF, P.S.
ATTORNEYS AT LAW
401 UNION STREET • SUITE 1400
SEATTLE, WASHINGTON 98101
(206) 689-8500 • (206) 689-8501 FAX

True and correct screenshots reflecting the absence of results are attached as **Exhibit I**.

- https://csrc.nist.gov/glossary?index=H
- https://www.pcmag.com/encyclopedia/h
- https://www.techtarget.com/whatis/definitions/H
- https://techterms.com/list/h
- https://www.computer-dictionary-online.org/glossary/h

16. The Exhibits B through F attached to the Declaration of Larry Li are true and correct copies of publicly accessed and available webpages on the dates they were accessed.

[*signature page follows*]

Declaration of Anna Antonova – 5
Case No.: 2:25-cv-02635-RSM

**FORSBERG & UMLAUF, P.S.**
ATTORNEYS AT LAW
401 UNION STREET • SUITE 1400
SEATTLE, WASHINGTON 98101
(206) 689-8500 • (206) 689-8501 FAX

I declare under penalty of perjury that the foregoing Declaration is true and correct.

Executed on December 31, 2025

_____
Anna Antonova

Declaration of Anna Antonova – 6
Case No.: 2:25-cv-02635-RSM

**FORSBERG & UMLAUF, P.S.**
ATTORNEYS AT LAW
401 UNION STREET • SUITE 1400
SEATTLE, WASHINGTON 98101
(206) 689-8500 • (206) 689-8501 FAX