**Honorable Ricado S. Martinez**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GUANGZHOU CHAOYAN TECHNOLOGY CO., LTD., a China Limited Liability Company,<br><br>Plaintiff,<br><br>vs.<br><br>ANKER INNOVATIONS LIMITED, a Hong Kong Limited Liability Company,<br><br>Defendant. | No. 2:25-cv-02635-RSM<br><br>**DECLARATION OF LARRY LI** |

1. My name is Larry Li and I am employed by Anker Innovations Limited as its production lead. I have personal knowledge of the facts set forth in this declaration and, if called as a witness, could and would testify competently thereto.

2. I make this declaration in opposition to the Plaintiff's Motion for Entry of Temporary Restraining Order.

3. Plaintiff Anker Innovations Limited ("Anker") is a limited liability company organized and existing under the law of Hong Kong. Anker is a global smart hardware company that offers a wide range of tech products for charging, smart living, and entertainment, including leading brands like EUFY® (for home security systems), ANKER® (charging tech, portable power, solar), SOUNDCORE® (audio devices like headphones and speakers), and NEBULA

Declaration of Larry Li – 1
Case No.: 2:25-cv-02635-RSM

**FORSBERG & UMLAUF, P.S.**
ATTORNEYS AT LAW
401 UNION STREET • SUITE 1400
SEATTLE, WASHINGTON 98101
(206) 689-8500 • (206) 689-8501 FAX

(portable projectors). Anker is the owner and registrant of the HOMEBASE trademark and exclusive sublicensee of various design patents on its products.

4. Anker is the owner and registrant of the U.S. Trademark Registration for the mark HOMEBASE bearing Reg. No. 7,902,551 which Anker has used in interstate commerce to advertise, market and sell its cutting-edge home security cameras and devices. Anker has used the HOMEBASE mark to advertise, market, and sell its cutting-edge home security cameras and devices throughout the world.

5. Anker has been using its registered HOMEBASE trademark in interstate commerce for its Eufy Homebase® security cameras since at least 2019.

6. Anker serves consumers in more than 146 countries and regions, and its products have reached over 200 million users worldwide.

7. Anker invests heavily in research and development—more than half of its workforce is dedicated to R&D—reflecting a sustained commitment to product innovation that consistently produces pioneering technologies and category-defining products.

8. Building on the success of the ANKER brand, Anker launched the EUFY brand to extend into the smart-home and Internet-of-Things ("IoT") markets with high-performance solutions for home security and smart cleaning, including but not limited to home security cameras and systems.

9. Eufy's home security systems include security cameras and systems, video doorbells, smart locks, and related accessories ("Eufy Products").

10. Anker has spent millions of dollars in advertising and marketing Eufy Products, including Eufy Products sold bearing the HOMEBASE trademark ("Eufy Homebase® security systems or Eufy Homebase® Products"), to the consuming public.

Declaration of Larry Li – 2
Case No.: 2:25-cv-02635-RSM

FORSBERG & UMLAUF, P.S.
ATTORNEYS AT LAW
401 UNION STREET • SUITE 1400
SEATTLE, WASHINGTON 98101
(206) 689-8500 • (206) 689-8501 FAX

11. Anker's Eufy Homebase® home security systems have earned substantial industry recognition and acclaim.

12. Eufy Homebase® Products are regularly showcased at major consumer electronics trade shows and have been honored at the IFA Innovation Awards and the CES Innovation Awards.

13. Designs for Eufy Products have received international design honors, including the Red Dot Design Award, iF Design Award, and the Good Design Award.

14. Eufy Products consistently appear on "best of" lists for smart home and home security devices published by leading publications, including the *New York Times' Wirecutter*,[1] *Wired*,[2] *PCMag*,[3] and *Tom's Guide*.[4]

15. Anker sells its Eufy Homebase® Products nationwide through multiple channels of trade, including its website, through nationwide retailers such as Target and Best Buy, as well as on major e-commerce platforms such as Amazon and Walmart.

16. Sales of Eufy Homebase® Products have generated millions of dollars in sales, and those sales have grown to tens of millions of dollars.

17. Through extensive, continuous, and exclusive use of the HOMEBASE Trademark on Eufy Homebase® Products, Anker has developed extensive rights in that trademark, through

---

[1] https://www.nytimes.com/wirecutter/reviews/best-security-cameras-for-your-home/; https://www.nytimes.com/wirecutter/reviews/best-smart-doorbell-camera/.

[2] https://www.wired.com/gallery/best-outdoor-security-cameras/.

[3] https://www.pcmag.com/lists/best-video-doorbells; https://www.pcmag.com/picks/the-best-outdoor-home-security-cameras.

[4] https://www.tomsguide.com/best-picks/best-home-security-cameras.

Declaration of Larry Li – 3
Case No.: 2:25-cv-02635-RSM

FORSBERG & UMLAUF, P.S.
ATTORNEYS AT LAW
401 UNION STREET • SUITE 1400
SEATTLE, WASHINGTON 98101
(206) 689-8500 • (206) 689-8501 FAX

federal registration and at common law ("HOMEBASE Trademark").

18. Consumers have come to associate the HOMEBASE Trademark with Anker, the EUFY brand and its high-quality security system products. In recognition of the distinctiveness of the HOMEBASE Trademark, the USPTO has registered the trademark on the Principal Register.

19. The HOMEBASE Trademark Registration is valid, subsisting, and in full force and effect. A true and correct copy of the United States Registration Certificate for the HOMEBASE Registration is attached hereto as **Exhibit A**.

20. Since at least as early February 2019, Anker has continuously used the HOMEBASE Trademark with Eufy Products, namely, in connection with a central hub designed to connect and manage multiple security devices, such as doorbells and cameras.

21. A representative product listing for the eufy HomeBase® S380 product is shown below:



*See* https://www.eufy.com/security-hub.

Declaration of Larry Li – 4
Case No.: 2:25-cv-02635-RSM

FORSBERG & UMLAUF, P.S.
ATTORNEYS AT LAW
401 UNION STREET • SUITE 1400
SEATTLE, WASHINGTON 98101
(206) 689-8500 • (206) 689-8501 FAX

22. A representative example of the HOMEBASE Trademark affixed to the eufy HomeBase® S380 product is shown below:



23. A representative example of the HOMEBASE Trademark prominently shown on packaging for the eufy HomeBase® S380 product is shown below:



Declaration of Larry Li – 5
Case No.: 2:25-cv-02635-RSM

FORSBERG & UMLAUF, P.S.
ATTORNEYS AT LAW
401 UNION STREET • SUITE 1400
SEATTLE, WASHINGTON 98101
(206) 689-8500 • (206) 689-8501 FAX

24. Anker has invested substantial time, money, and effort into advertising and promoting the products sold under the HOMEBASE Trademark throughout the United States. Anker sells, advertises, and distributes its HOMEBASE products to consumers nationally.

25. Anker ensures that products bearing the HOMEBASE Trademark are manufactured to the highest quality standards.

26. The HOMEBASE Trademark signifies to the purchaser that the HOMEBASE products come from Anker's Eufy brand and are manufactured to Anker's rigorous quality standards.

27. Through the vast promotion, marketing, advertising, and investment in the HOMEBASE Trademark—combined with extensive nationwide sales of HOMEBASE-branded products—Anker has acquired enormous national goodwill in, and recognition of, its HOMEBASE Trademark.

28. Anker's products bearing the HOMEBASE Trademark are offered widely online through Amazon and other third-party national retailers at retail locations nationwide, including, among many other major retailers, at Target and Best Buy.

29. Anker sells products bearing the HOMEBASE Trademark on its interactive website, www.eufy.com. The eufy.com website is accessible to, used by, and targeted to consumers throughout the United States.

30. Anker sells products bearing the HOMEBASE Trademark on its Eufy Amazon Store (www.amazon.com/stores/eufySecurity/page/8A423F43-5EFC-4E98-A8BD-8D5B0925CE19) and its Eufy Walmart Store (www.walmart.com/brand/eufy/10005493), both of which are accessible to and used by consumers throughout the United States.

Declaration of Larry Li – 6
Case No.: 2:25-cv-02635-RSM

**FORSBERG & UMLAUF, P.S.**
ATTORNEYS AT LAW
401 UNION STREET • SUITE 1400
SEATTLE, WASHINGTON 98101
(206) 689-8500 • (206) 689-8501 FAX

31. Recently, Anker became aware that Plaintiff and related entities are using the exact same mark as Anker's "HOMEBASE" to sell, advertise and market on the internet consumer electronics, including home security systems, security cameras, doorbells, and related accessories ("Aosu Infringing Goods"). See **Exhibit B**.

32. Infringing Goods are sold, offered for sale, promoted, marketed, and/or advertised on the interactive website at *www.aosulife.com*, which is accessible to, used by, and targeted to consumers throughout the United States. See **Exhibit C**.

33. Infringing Goods are also sold, offered for sale, promoted, marketed, and/or advertised on the internet through internet e-commerce platforms, including Plaintiff's Amazon Store (www.amazon.com/stores/AOSUSecurityOffical/page/452241AA-37C4-4F74-960C-BDF27DB6B28F) and the Walmart Store (www.walmart.com/brand/aosu/10015860), both of which are accessible to, used by, and targeted to consumers throughout the United States.

34. Aosu Infringing Goods are sold on internet websites for national retailers including but not limited to as Best Buy, Walmart, Bed Bath & Beyond, Target, The Home Depot, B&H, and Micro Center. See **Exhibit D**.

35. Plaintiff has been and/or continues selling, offering to sell, distributing, promoting, advertising, and/or marketing Plaintiff's infringing Goods under the HOMEBASE Trademark.

36. Plaintiff has also systematically copied Anker's brand of security technologies, infringing on various of the design patents covering Anker's products.

37. The Aosu Infringing Products—home security technologies, including security cameras, doorbells, and related accessories—are copies of the Eufy Homebase® Products

Declaration of Larry Li – 7
Case No.: 2:25-cv-02635-RSM

**FORSBERG & UMLAUF, P.S.**
ATTORNEYS AT LAW
401 UNION STREET • SUITE 1400
SEATTLE, WASHINGTON 98101
(206) 689-8500 • (206) 689-8501 FAX

offered marketed and sold by Anker under the HOMEBASE Trademark and goods for which Anker owns a federal registration.

38. Aosu Infringing Products are targeted toward the same internet market on the web and the same customers to whom Anker markets its HOMEBASE-branded home security camera products, putting them in direct competition with Anker's Eufy Homebase® Products.

39. Aosu Infringing Products are offered through many of the exact same channels of trade as Eufy Products on the internet, including through the Amazon and Walmart platforms, Best Buy, Home Depot, B&H, and Tractor Supply, among others, as shown in representative listings below:



| **AOSU Waterproof Video Doorbell Ultra with 5MP Ultra HD Camera and HomeBase** | **aosu Solar Security Camera Kit-3MP 166° View Angle With 32GB Storage Home Base** | **aosu 3K Smart Video Doorbell Ultra with HomeBase Hub** |
|---|---|---|
| https://www.walmart.com/ip/AOSU-Waterproof-Video-Doorbell-Ultra-with-5MP-Ultra-HD-Camera-Built-In-8GB-Memory-5-GHz-and-2-4-GHz-Wi-Fi-and-HomeBase/15998804615 | https://www.homedepot.com/p/aosu-Solar-Security-Camera-Kit-3MP-166-View-Angle-With-32GB-Storage-Home-Base-And-No-Monthly-Fee-C6P-2H/333926809 | https://www.bhphotovideo.com/c/product/1 902275-REG/aosu_v8s_3k_wi_fi_video.html |

Declaration of Larry Li – 8
Case No.: 2:25-cv-02635-RSM

FORSBERG & UMLAUF, P.S.
ATTORNEYS AT LAW
401 UNION STREET • SUITE 1400
SEATTLE, WASHINGTON 98101
(206) 689-8500 • (206) 689-8501 FAX




40. Plaintiff is also infringing Anker's HOMEBASE trademark and is likely to cause confusion by deceiving consumers through including the HOMEBASE Trademark without authorization within the keywords and metadata on the Aosu Website, in Plaintiff's e-commerce listings, and on Internet search engines. Plaintiff is using metadata and Anker's HOMEBASE Trademark to intentionally cause Aosu Infringing Products to appear when consumers search on Amazon or on the Internet through search engines for Anker's HOMEBASE trademarked products or when consumers perform a general search for security cameras or related products. By capturing and diverting consumers away from Anker and Eufy Products and toward Aosu Infringing Products, Plaintiff capitalizes on the substantial goodwill that Anker has earned in the HOMEBASE Trademark. *See* **Exhibit E**.

Declaration of Larry Li – 9
Case No.:  2:25-cv-02635-RSM

FORSBERG & UMLAUF, P.S.
ATTORNEYS AT LAW
401 UNION STREET • SUITE 1400
SEATTLE, WASHINGTON  98101
(206) 689-8500 • (206) 689-8501 FAX

41. Plaintiff's infringing products contain Anker's HOMEBASE Trademark directly on the products. *See* **Exhibit F**.

42. Plaintiff is using the HOMEBASE Trademark in connection with infringing products that are of inferior quality, which tarnishes Anker's reputation and the EUFY brand, further compounding the confusion and harm.

43. According to the consumer reviews website Trustpilot, Aosu products have a "Poor" overall rating of 2.5 out of 5 stars, with the majority of reviews expressing negative experiences with Plaintiff and/or its products.

 

44. Verified purchasers from the Aosu Amazon Store specifically report malfunctions of products marketed and sold by Aosu with the HOMEBASE Trademark, including units that cease functioning shortly after purchase, as well as problems with reliability and connectivity.

> **AlamayBL**
> ★☆☆☆☆ **Do NOT purchase**
> Reviewed in the United States on November 29, 2025
> **Verified Purchase**
> After 3 months of usage, it stopped working. The homebase began smelling like burnt plastic and hot to the touch. Then all 4 cameras stopped working because of the homebase. I can't return it because it's been three months. Tried to get customer support and still waiting to hear back from them. When it WAS working, the camera was crisp and clear, but movement was very glitchy and it lags quite a bit. We have fiber, so it shouldn't be an issue.

https://www.amazon.com/gp/customer-reviews/R2E7QLZ7WAF5QP/ref=cm_cr_arp_d_rvw_ttl

> ★☆☆☆☆ **NOTHING BUT JUNK**
> Reviewed in the United States on March 18, 2025
> **Verified Purchase**
> junk and tech support is worse . returned 6 cameras two homebases and a doorbell…

https://www.amazon.com/gp/customer-reviews/R296TFR6AY83A8/ref=cm_cr_arp_d_rvw_ttl

Declaration of Larry Li – 10
Case No.: 2:25-cv-02635-RSM

**FORSBERG & UMLAUF, P.S.**
ATTORNEYS AT LAW
401 UNION STREET • SUITE 1400
SEATTLE, WASHINGTON 98101
(206) 689-8500 • (206) 689-8501 FAX

> james e. cody
> ★★★★☆ Aosu
> Reviewed in the United States on December 1, 2025
> Style: Add-on-Cam | Verified Purchase
> Cameras good, homebase unit quit after 16 months. No way to replace just the hub/homebase.

https://www.amazon.com/gp/customer-reviews/R3TIE8P2PEVXU2/ref=cm_cr_arp_d_rvw_ttl

45. These consumer reports describe products that do not meet the stringent quality standards associated with Anker's HOMEBASE-branded goods.

46. The degradation of the consumer experience—especially while the HOMEBASE Trademark appears on Plaintiff's poor-quality infringing products, product packaging, documentation, and/or marketing—undermines the distinctiveness and goodwill of the HOMEBASE Trademark and misattributes product defects to Anker, causing confusion and harm to Anker.

47. Consumers (and customers) have been confused. Anker has received numerous complaints from consumers who purchased Plaintiff's infringing products over the internet that then malfunctioned. The purchasers were confused and thought they had bought Eufy Homebase® Products. Representative internal correspondence with confused purchasers is attached as **Exhibit G**.

48. Plaintiff is using Anker's HOMEBASE Trademark in connection with Aosu Infringing Products illegally and without authorization from Anker.

49. Plaintiff has no rights in, or rights to use, the HOMEBASE Trademark or any confusingly similar mark.

50. Plaintiff's unauthorized use of the HOMEBASE Trademark is likely to cause confusion or mistake, or to deceive customers as to the relationship, sponsorship, partnership, affiliation, connection, or association between Plaintiff and Anker, and/or as to the origin, sponsorship, or

Declaration of Larry Li – 11
Case No.: 2:25-cv-02635-RSM

**FORSBERG & UMLAUF, P.S.**
ATTORNEYS AT LAW
401 UNION STREET • SUITE 1400
SEATTLE, WASHINGTON 98101
(206) 689-8500 • (206) 689-8501 FAX

approval of Plaintiff's and/or Anker's goods, services, or commercial activities among consumers throughout the United States.

51. Anker attempted to have Plaintiff and its affiliates voluntarily stop using Anker's identical trademark for the same goods, sold and advertised to the same overlapping customers through the Internet.

52. By letters dated December 4, 2025 and December 10, 2025, Anker notified Plaintiff's affiliates Suzhou Weidi Technology Co., Ltd. and Shenzhen Zhiling Technology Co., Ltd. of Anker's trademark rights, notified Plaintiff of its trademark infringement on Anker's "HOMEBASE" trademark and requested that Plaintiff and its affiliates cease and desist from any further infringement of Anker's "HOMEBASE" Trademark, including through Amazon's website. *See* **Exhibits H, I**.

53. Plaintiff did not agree to stop, and Shenzhen Zhiling Technology Co., Ltd. responded by demanding information from Anker and requesting until January 22, 2026 to respond to Anker's letter.

54. Approximately two weeks later, instead of responding to Anker's cease and desist letters, Plaintiff instead filed its declaratory judgment action seeking a declaration that it does not infringe Anker's trademarks.

55. Meanwhile, put off by Plaintiff's affiliate's response ignoring its cease and desist letters, Anker submitted its complaints to Amazon pursuant to Amazon's process for delisting infringing products regarding Plaintiff's infringing home security camera products.

56. On December 24, 2025, Anker also filed a direct trademark and patent infringement action against Plaintiff and its affiliates in the U.S. District Court for the Northern District of

Declaration of Larry Li – 12
Case No.: 2:25-cv-02635-RSM

**FORSBERG & UMLAUF, P.S.**
ATTORNEYS AT LAW
401 UNION STREET • SUITE 1400
SEATTLE, WASHINGTON 98101
(206) 689-8500 • (206) 689-8501 FAX

Illinois asserting claims for design patent infringement, trademark infringement, and unfair competition, among other claims, against Plaintiff and its affiliates.  See **Exhibit J**.

# # #

Declaration of Larry Li – 13
Case No.:  2:25-cv-02635-RSM

**FORSBERG & UMLAUF, P.S.**
ATTORNEYS AT LAW
401 UNION STREET • SUITE 1400
SEATTLE, WASHINGTON  98101
(206) 689-8500 • (206) 689-8501 FAX

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on December 31, 2025.

_____
Larry Li

Declaration of Larry Li – 14
Case No.: 2:25-cv-02635-RSM

**FORSBERG & UMLAUF, P.S.**
ATTORNEYS AT LAW
401 UNION STREET • SUITE 1400
SEATTLE, WASHINGTON 98101
(206) 689-8500 • (206) 689-8501 FAX