THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| Guangzhou Chaoyan Technology Co., Ltd., *Plaintiff*, v. Anker Innovations Limited, *Defendant*. | Case No.: 2:25-cv-02635-RSM **STIPULATED MOTION FOR LEAVE FOR PLAINTIFF TO FILE REPLY BRIEF IN SUPPORT OF MOTION FOR TRO AND [PROPOSED] ORDER** NOTE ON MOTION CALENDAR: January 2, 2026 |

Pursuant to Local Rules 7(d)(1) and 10(g), the parties, by and through their attorneys of record, hereby stipulate to, and respectfully request that the Court enter, the proposed order set forth below (1) granting leave for plaintiff Guangzhou Chaoyan Technology Co., Ltd. to file a reply brief in support of its Motion for Entry of Temporary Restraining Order ("Motion for TRO," Dkt. # 7) by January 4, 2026; and (2) limiting the reply brief in substance to addressing the constitutional issues under the First Amendment raised in § II(B) of defendant Anker Innovations Limited's opposition brief (Dkt. # 16 at 14-16) and in length to 1,500 words.

///

///

STIPULATED MOTION AND [PROPOSED] ORDER – 1
(Case No. 2:25-cv-02635-RSM)

POTOMAC LAW GROUP, PLLC
1448 NW Market Street, Suite 500
Seattle, Washington 98107
Tel: (202) 558-5557  Fax: (202) 318-7707

IT IS SO STIPULATED.

Dated: January 2, 2026.

**POTOMAC LAW GROUP, PLLC**

By: */s/ William D. Fisher*
William D. Fisher, WSBA No. 27475
1448 NW Market Street, Suite 500
Seattle, WA 98107
Phone: (206) 599-8888
Email: wfisher@potomaclaw.com

Elissa B. Reese (*admitted pro hac vice*)
1717 Pennsylvania Avenue, NW
Suite 1025
Washington, DC 20006
Phone: (202) 558-5557
Email: ereese@potomaclaw.com

**YOUNGZEAL LLP**

Tianqin Zhao (*pro hac vice forthcoming*)
9355 John W. Elliott Dr., Suite 25555
Frisco, Texas 75033
Phone: (585) 748-3732
Email: zhao@yzlaw.com

**ANJIE BROAD LAW FIRM**

Fan Liang (*pro hac vice forthcoming*)
Zhiyu Liang (*pro hac vice forthcoming*)
14th Floor, North Tower, Beijing Kerry Centre
No. 1 Guanghua Road
Chaoyang District, Beijing 100020, China
Phone: +86 (10) 8567-5988
Email: alex_liang@anjielaw.com
liangzhiyu@anjielaw.com

*Attorneys for Plaintiff Guangzhou Chaoyan Technology Co., Ltd.*

and

STIPULATED MOTION AND [PROPOSED] ORDER – 2
(Case No. 2:25-cv-02635-RSM)

POTOMAC LAW GROUP, PLLC
1448 NW Market Street, Suite 500
Seattle, Washington 98107
Tel: (202) 558-5557  Fax: (202) 318-7707

**FORSBERG & UMLAUF, P.S.**

By: */s/ Ryan J. Hesselgesser*
    Ryan J. Hesselgesser, WSBA #40720
    401 Union St., Suite 1400
    Seattle, WA  98101
    Phone:  (206) 689-8500
    Email:  rhesselgesser@foum.law

**LIPPES MATHIAS LLP**

Joshua R. Rich (*pro hac vice forthcoming*)
332 S. Michigan Ave., Suite 900
Chicago, IL 60604
Phone: (872) 254-5500
Email: jrich@lippes.com

Celeste M. Butera (*pro hac vice forthcoming*)
445 Broadhollow Road, Suite 420
Melville, New York 11747
Phone: (516) 820-1500
Email: cbutera@lippes.com

Anna Antonova (*pro hac vice forthcoming*)
420 Lexington Avenue, Suite 2005
New York, New York 10170
Phone: (332) 345-4500
Email: aantonova@lippes.com

*Attorneys for Defendant Anker Innovations Limited*

STIPULATED MOTION AND [PROPOSED] ORDER – 3
(Case No. 2:25-cv-02635-RSM)

**POTOMAC LAW GROUP, PLLC**
1448 NW Market Street, Suite 500
Seattle, Washington 98107
Tel: (202) 558-5557  Fax: (202) 318-7707

# [PROPOSED] ORDER

IT IS SO ORDERED.

DATED this _____ day of January, 2026

_____
RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

*Presented by:*

**POTOMAC LAW GROUP, PLLC**

By: */s/ William D. Fisher*
William D. Fisher, WSBA No. 27475
1448 NW Market Street, Suite 500
Seattle, WA 98107
Phone: (206) 599-8888
Email: wfisher@potomaclaw.com

Elissa B. Reese (*admitted pro hac vice*)
1717 Pennsylvania Avenue, NW
Suite 1025
Washington, DC 20006
Phone: (202) 558-5557
Email: ereese@potomaclaw.com

**YOUNGZEAL LLP**

Tianqin Zhao (*pro hac vice forthcoming*)
9355 John W. Elliott Dr., Suite 25555
Frisco, Texas 75033
Phone: (585) 748-3732
Email: zhao@yzlaw.com

**ANJIE BROAD LAW FIRM**

Fan Liang (*pro hac vice forthcoming*)
Zhiyu Liang (*pro hac vice forthcoming*)

STIPULATED MOTION AND [PROPOSED] ORDER – 4
(Case No. 2:25-cv-02635-RSM)

**POTOMAC LAW GROUP, PLLC**
1448 NW Market Street, Suite 500
Seattle, Washington 98107
Tel: (202) 558-5557  Fax: (202) 318-7707

| | |
|---|---|
| 1 | 14th Floor, North Tower, Beijing Kerry Centre |
| | No. 1 Guanghua Road |
| 2 | Chaoyang District, Beijing 100020, China |
| | Phone: +86 (10) 8567-5988 |
| 3 | Email: alex_liang@anjielaw.com |
| |        liangzhiyu@anjielaw.com |

*Attorneys for Plaintiff Guangzhou Chaoyan Technology Co., Ltd.*

and

**FORSBERG & UMLAUF, P.S.**

By: */s/ Ryan J. Hesselgesser*
    Ryan J. Hesselgesser, WSBA #40720
    401 Union St., Suite 1400
    Seattle, WA 98101
    Phone: (206) 689-8500
    Email: rhesselgesser@foum.law

**LIPPES MATHIAS LLP**

Joshua R. Rich (*pro hac vice forthcoming*)
332 S. Michigan Ave., Suite 900
Chicago, IL 60604
Phone: (872) 254-5500
Email: jrich@lippes.com

Celeste M. Butera (*pro hac vice forthcoming*)
445 Broadhollow Road, Suite 420
Melville, NY 11747
Phone: (516) 820-1500
Email: cbutera@lippes.com

Anna Antonova (*pro hac vice forthcoming*)
420 Lexington Avenue, Suite 2005
New York, NY 10170
Phone: (332) 345-4500
Email: aantonova@lippes.com

*Attorneys for Defendant Anker Innovations Limited*

STIPULATED MOTION AND [PROPOSED] ORDER – 5
(Case No. 2:25-cv-02635-RSM)

POTOMAC LAW GROUP, PLLC
1448 NW Market Street, Suite 500
Seattle, Washington 98107
Tel: (202) 558-5557 Fax: (202) 318-7707