UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GUANGZHOU CHAOYAN TECHNOLOGY CO., LTD., a China Limited Liability Company,<br><br>Plaintiff,<br><br>vs.<br><br>ANKER INNOVATIONS LIMITED, a Hong Kong Limited Liability Company,<br><br>Defendant. | No. 2:25-cv-02635-RSM<br><br>ORDER GRANTING DEFENDANT'S MOTION FOR EXTENSION OF TIME TO ANSWER PLAINTIFF'S COMPLAINT |

THIS MATTER comes before the Court upon Defendant's Motion for Extension of Time to Answer Plaintiff's Complaint. Defendant asks for an extension of 45 days to answer or otherwise plead. Plaintiff has not filed a timely opposition brief. The Court, having reviewed the briefing and the remainder of the record, hereby ORDERS that Defendant's Motion for Extension of Time to Answer Plaintiff's Complaint is GRANTED. These 45 days will run from January 13, 2026, resulting in a deadline of February 27, 2026.

Dated this 30th day of January, 2026.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER GRANTING DEFENDANT'S MOTION FOR EXTENSION
OF TIME TO ANSWER PLAINTIFF'S COMPLAINT – 1